E-FILED
Thursday, 02 June, 2016 11:58:21 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Danny Moore,                    )
                                )
        Plaintiff               )
                                )
                                )
        vs.                     )         Case No. 16-1188
                                )
Gregory W. O'Reilly             )    (The case number will be assigned by the clerk)
Allan Sincox                    )
Ingrid Gill                     )
Thomas Gainer                   )
Anita Alvarez                   )
Dorothy Brown                   )
Mary C. Hampton                 )
Robert M. Spears                )
                                )
                                )
        Defendant(s)            )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____ None _____

☐ Unknown _____ None _____

## I. FEDERAL JURISDICTION

*Please refer      ...tions when      ...s complaint      ...re not requir...
...his for...      ...the qu...      ...in ord...      ...int. Th...*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _Darryl Moore_

Prison Identification Number: _A-01627_

Current address: _Illinois River CC P.O.Box 999_
_Canton ILL 61520_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Gregory W O'Reilly_

Current Job Title: _Assistant Public defender. The head of the DNA unit_

Current Work Address _69 west Washington Suite 1600._
_Chicago ILL 60602_

Defendant #2:

Full Name: _Allan Sincox_

Current Job Title: _He is a lawyer Now with a law firm_

Current Work Address _Unknown_

Defendant #3:

Full Name: _Ingrid Gill_

Current Job Title: _Assistant Public Defender_

2

Current Work Address  61 West Washington Suite 1600

Chicago ILL 60602

Defendant #4:

Full Name:  Thomas Gainer

Current Job Title:  Assistant States Attorney

Current Work Address  2650 So. California Ave

Chicago ILL 60608

Defendant #5:

Full Name:  Anita Alvarez

Current Job Title:  Cook County States Attorney

Current Work Address  2650 So. California Ave

Chicago ILL 60608

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

   The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____ N/0 _____

_____ N/0 _____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C.  If your answer to B is yes, how many?  None  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____ *No* _____

2. Basic claim made _____ *No* _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____ *None* _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

      Yes ☐    No ☒

If your answer is no, explain why not *The grievance Procedure do not apply here. Because these issues are not I.D.O.C issues*

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence *Being deny access to the Court To Present DNA evidence of actual innocents. This occure at the 4 Criminal Court in Cook County*

See the ABO DNA Motions
See Ex C.C the DNA result

Date(s) of the occurrence  March 17, 2000. DNA testing order

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Defendants: Gregory W. O'Reilly, Allan Sincox, and Ingrid Gill. While Public defenders. File Motions for PCR and STR DNA testing For. 1 the vaginal Swabs included from the rape Kit taken from the victim of the rape. 2. Blood be drawn from Plaintiff. All of the above was did. On the date of 6-9-2000. The PCR and STR DNA testing results were back. 1. The genetic Computer analysis Shows. 1. Plaintiff's DNA did not Match the victim's vagina DNA. 2. There was an Unknown Males DNA Profile Matching the victim's vagina DNA Profile. 3. This Males DNA Profile is  X 8 10 13 16 . Plaintiff's DNA Profile is this X 10  y 9 11 14 17.  y 13   31  16  15  22  9  11  8   24  13  12  11.   12 15 18   A Copy of the Genetic analyzer
13 17 17                      See Ex C.C.
s attached. 1. The victim's vagina DNA Profile is 14,17, 16.18, 22,24, 13,13, 29, 30, 13,19 9.12  11,12, 7,12  2. The vagina DNA for the vag. Swabs Cumulative Frequency Data 1s  14,17, 16.18  22,24  13,13  29,30  13,19  9,12  11,12  7,12. The DNA Matching Profiles. Are  a O Secreter, O antigen, O blood type Person. See attach Police Crimes lab. s.  evidence. The vaginal Swabs Crime lab testing and its results. Semen typing analysis. And the PGM typing. Tests for ABO antigenic activity for the—vaginal Swab Reveals the DNA Came from an O Secreter, O antigen Secreter, O blood type. The above testing findings. As to Darryl Moore. 1. Moore is a B Secreter. f B antigens. And He is a B blood type. Two Crime lab results and evidence. Darryl Moore was not the Secreter of the vagina DNA. The Secreter of the vagina DNA is a O Secreter. 1. There was an O antigen type on the vaginal. 2. A antigens. and B antigens. Were not found on the vaginal Swab. 3. Moore's B antigens was not found in the vaginal fluids from the victim. These report are attached ee Ex 109,110. Ex 112, 113. See Ex C.C. it shows the rapist DNA Profile. This DNA Profile Do not match Plaintiff's DNA Profile

5 The Rapist is an O Secreter. See Ex 110
Plaintiff is an B Secreter. See Ex 110. 112. 113

Just like the two Police Crime lab analysis. That excluded Moore. The DNA analysis has also Excluded Moore 1. Moore's DNA is not on the vaginal swab 2. Moore's DNA Profile is not the Cumulative Frequency Data for the vaginal Swab. 3. In the DNA Community A Cumulative Frequency is only used When A Suspect's DNA Profile Match the Crime Scene DNA Profile. 4. The Cumulative Frequency in this Case from the vaginal Swab. Matches the DNA Profile of a O blood type. The vaginal Swabs Cumulative Frequency is attach. The vaginal Swab's DNA Profile is attach Defendants 1,2,3. Have had this DNA results and Crime lab. vaginal Swab's evidence for 15 years See Ex. C C. This Genetic Analyizer Shows that Plaintiffs DNA do not Match Defendants 1,2,3 the Public Defendants. For 15 years. From 3-17-2000. up to 2016 have never Sought a hearing on the DNA results. Before Judge Williams Woods. The judge who order the DNA testing. This 15 year delay or their inordinate delay Exceeded A Reasonable delay. See Exhibits AA BB. The 2 DNA Motions

Notice there dates. See Ex. the Genetic Analyizer it's date is 6-9-2000.

Defendants 1,2,3 Actions deny Me access of the Courts. To litigate His free Standing Cliam of actual Innocents. Defendants 1,2,3 actions have violated Plaintiffs Due Process Right under the Due process Clause and defendants 1,2,3 their actions also violate Plaintiffs Rights under the Equal Protection Clause, the First Amendment, and the Privileges and Immunities Clause of Article IV of the Constitution as the bases for Plaintiff's right to access to the Court. Defendants 1,2,3 actions of deny-ing Me access to the Courts for 15 years. Were egregious, Bad and Flagrant and their Conduct was a Miscarriage of Justice. Here I'm in Prison for A rape. When I'm Not the Secreter of the DNA in the rape victims vagina. Defendants 1,2,3 have had this evidence DNA et. al. For 15 years. And Defendants. 1,2,3. Have Did nothing but Sat on this evidence for 15 years

Defendant 4 A.S.A Thomas Gainer. The vary Same cliams -- against defendants 1,2,3. Applys to defendant 4. Defendant 5. The

same Clians against Defendants 1,2,3,4 Applys to Defendant 5. The Court Must inder stand that defendants 1,2,3,4,5, had PCR DNA evidence And STR DNA evidence from a rape test kits vaginal Swab. That Shows that the rapist is a O Secreter who is an O blood type Person. Moore is a B Secreter Moore is B blood type Defendants 1,2,3,4,5. They all with held this DNA from the Court for 15 years. Defendants 1,2,3,4 are the ones who file the Motions for DNA testing on the vaginal Swabs. Those Motions are attach as Ex.A.A.B.B. The defendant 6,1,2,3,4. Have Never File in Court. The DNA results for Motions AA.B.B. Defendants 1,2,3,4 all help to maintains a 30 year imprisonment for a rape. That i'm innocent of. Defendant 6. deny Me access to the Court to file DNA reports. This denial Cover Years See Ex.B the Courts Call Sheet See Ex.A is an App. Court record for the year of 2001. Notice it do not Show that no Documents Appear on Ex.B. Plaintiff try to file the DNA reports. Through Defendant 6. The defendant 7 refused to file My Case for two Years. Because i did Not pay the filing fee This delay Case for two Years. See Ex.15.1 Date 4-9-2001 I paid the filing fee See Ex.11,12,8. All are dated on 3. The defendant 6 would Not file My Case See Ex.A2-B3,4,5, See Ex.C-4 a letter from the chief judge Explaining Why defendant 6. Would not file My Case On the date of 3-20-15. The fulton Court transfur My Case to Cook County. In the fulton Court. The defendant File their Motion. Summons sere Served upon the defendant. Plaintiff file his default Motion Plaintiff file his Motion opp- sings defendants Motion None of these Motions were heard by the fulton Court On the date of 3-20-15. The fulton Court Converted My habeas Corpus into a Post Conviction. And the fulton Court transfur it to the Cook County Court. On the date of 6-21-13. The Cook County Court deny this Case On the date of 9-19-13. I try to refile My Case in fulton County i was deny See Ex C-4. On the date of 9-10-15. I File a habeas Corpus in Peoria County. The Court order fees to be waived. I was granted Poor Person filing Status. The clerk Sign Summons. My dy Case was set for a Manag. Conference on the date of Feb. 22 2016 On the date of . I was sent a letter. Stating that My Case was trans. See Ex P.

RELIEF REQUESTED

(State what relief you want from the court.)

That the Court has an obtigation to uphold the Constitution and to Prevent a Miscarrage of Justice In doing So Plaintiff is requesting a injunct on ordering Plaintiff's release from Prison. For these reasons.

1. The allege Semen in the Victims vagina. 2. Came From a O Secreter, O blood type Person. 3. CR DNA testing and STR DNA testing on the rape test Kits vaginal Swab It yield two DNA profiles. 14,17, 16,18, 22,24, 13,13, 29,30, 13,14, 9,12, 11,12, 7,12. : 2,14,17, 16,18, 22,24, 13,13, 29,30, 13,14, 9,12, 11,12, 7,12. See Ex.D. See Ex.C is the frequency for the vaginal Swab See Ex. 109,110. Both DNA profiles are O Secreter and O blood type. See Ex. 110. See Ex. 112, 113. Moore is a B Secreter and He is a B-blood type Person. Ex. 110, 112, 113. Exclude Moore as the vagina Source of DNA. See Plaintiffs Injunction Motion. Moore's DNA Profile 16,17, 15, , 22,24, 9,13, 11,12, 8,11, 10,13, 29, 31, 13,17. See Ex.G injunction Would enforce and Protect Moore's Constitutional Rights. The Process due required by law and the Due Process is violated. The 5th, 14th. A lost of life, liberty without Due Process of the law

JURY DEMAND    Yes ☒    No ☐

Signed this ___22___ day of ___February___, 20_16_.

_Darryl Moore_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Darryl Moore | A-01627 |
| Address: | Telephone Number: |
| Canton ILL. 61520 | None |

Defendant 6 Full Name Dorothy Brown:

Current Job Title Cook County clerk of Illinois

Current work address 2750 So. California Ave

Chicago ILL 60608

Defendant 7 Full Name Mary C Hampton. Clerk of Court

Current work address. 100 N. Main. Lewistown. ILL

61542  Full Name Robert M. Spears.

Defendant 8 Current Job title Clerk of the Court

Current work address 324 Main St. Room 215

Peoria ILL 61602-1363

additional Defendants

Defendant 6 Full Name Dorothy Brown

Current Job title Cook County Clerk of ILLinois

Current work address 2750 So. California Ave

Chicago ILL 60608

Defendant 7 Full Name Mary C Hampton

Current Job title Fulton County Clerk

Current work address. 100 N. Main. Lewistown

ILL 61542

Defendant 8 Full Name Robert M. Spears

Current Job title Clerk of Peoria County

Current work address 324 Main st. Room 215

Peoria ILL 61602-1363

2

additional Defendants

Defendant 6 full Name Dorothy Brown

Current Job title Cook County clerk of Illinois

Current work address 2950 So. California Ave

Chicago ILL 60608

Defendant 7 full Name Mary C Hampton

Current Job title fulton County Clerk

Current work address 100 N. Main Lewistown

ILL 61542

Defendant 8 full Name Robert M Spears

Current Job title clerk of Peoria County

Current work address 324 Main st Room 215

Peoria ILL 61602-1363

3

IN THE United States District Court
Central District of Illinois

Darryl Moore )
Plaintiff, )
) Case No. _____
v. )
)
Gregory W O'Reilly et. )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Kenneth A. Wells          TO: Darryl Moore
Clerk of the Court                A-01627
Peoria Div. 100 N.E. Monroe st Room 309    ILL River CC P.O. Box 999
Peoria ILL 61602                Canton ILL 61520

PLEASE TAKE NOTICE that on Feb. 22 _____, 20 16, I have placed the
documents listed below in the institutional mail at ILL River Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal

Service: The Clerk of the Court
1 original Comp. 1983, 1 other Comp. 1987, 1 Petition injunctions 3 Briefs for
injunction 3 Affidavits for injunction. Bloodtype, DNA reports et al attachments

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

DATE: Feb. 22, 2016          /s/ Darryl Moore
                             NAME: Darryl Moore
                             IDOC#: A-01627
                             ILL River Correctional Center
                             P.O. BOX 999
                             Canton _____, IL 61520

Revised Oct 2002

Darryl Moore A-01627

Illinois River CC

P.O.Box 999

Canton ILL 61520

Clerk of the Court

Kenneth A Wells

Peoria Division

100 N. E. Monroe St

Room 309

Peoria ILL 61602

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Legal Mail

1 of two

USPS TRACKING #

9114 9014 9645 0220 8038 26